Dismissed and Memorandum Opinion filed April 7, 2005









Dismissed and Memorandum Opinion filed April 7, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00233-CR

____________

 

JESSIE LEE VALERIE,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
262nd District Court

Harris County, Texas

Trial Court Cause No. 1015062

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to the offense of possession
of a controlled substance, namely cocaine, in the amount of more than four
grams and less than 200 grams.  In
accordance with the terms of a plea bargain agreement with the State, the trial
court sentenced appellant on February 1, 2005, to confinement for fourteen years
in the Institutional Division of the Texas Department of Criminal Justice.  Appellant filed a pro se notice of
appeal.  Because appellant has no right
to appeal, we dismiss.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certification is included in the record
on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed April 7, 2005.

Panel consists of Justices Yates,
Anderson, and Hudson.

Do Not Publish C Tex. R. App.
P. 47.2(b).